MN-305
(5/94)

Rec# 1603
RECEIVED
09 DEC 14 AM 11: 3
U.S. BANKRUPTCY COU
ST. PAUL, MN

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: **Kolstad, Kacie**                                  Chapter 7 Case No. 09-30125

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Account Liquidation Collection<br>PO Box 174<br>Decorah, IA 52101-0174 | 3 | $80.00 | $2.38 |

Dated:    December 11, 2009

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111